1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

4  HARTLEY M. K. WEST (CABN 191609)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6747
7       FAX: (415) 436-7234
        Hartley.west@usdoj.gov
8
   Attorneys for United States of America
9

10                       UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,         ) CR 13-684 EMC
                                      )
15          Plaintiff,                ) STIPULATION TO CALENDAR CHANGE OF
                                      ) PLEA OR TO REFER CASE TO MAGISTRATE
        v.                            ) JUDGE COUSINS FOR CHANGE OF PLEA;
16                                    ) [PR~~OPOSE~~D] ORDER
    GREGORIO TAPIA,                   )
17                                    )
            Defendant.                )
18  _____ )

19

20        The United States, by and through its counsel, Assistant U.S. Attorney Hartley West, and

21  defendant Gregorio Tapia, by and through his counsel Brandon LeBlanc, hereby request and stipulate

22  that this case be calendared for change of plea before the Honorable Edward M. Chen on Monday,

23  March 31, 2014, or, if the Court is unavailable, referred to the duty U.S. Magistrate Judge, the

24  Honorable Nathanael Cousins, for a change of plea on the same date.

25        This case is scheduled for trial on May 12, 2014, with pretrial filings due on April 1, 2014. The

26  parties have reached a tentative plea agreement, which is currently undergoing final approvals within the

27  United States Attorney's Office. The parties expect to be able to provide the Court with the proposed

28  STIP. TO CALENDAR CHANGE OF PLEA OR TO REFER
    CASE TO MAGISTRATE JUDGE; [PROPOSED] ORDER
    CR 13-684 EMC

plea agreement no later than Friday, March 28, 2014, and accordingly request that the Court set the matter for change of plea the following Monday, March 31, 2014.

In the event that the Court is not available on March 31, the parties jointly request that the matter be referred to U.S. Magistrate Judge Nathanael Cousins, for a change of plea on March 31, 2014. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003) ("[D]istrict courts may delegate Federal Rule of Criminal Procedure 11 plea colloquy duties in felony cases to magistrate judges with defendants' consent as part of the 'additional duties' that magistrate judges may perform pursuant to 28 U.S.C. § 636(b)(3), and that district courts need not conduct de novo review of Rule 11 plea colloquies in felony cases conducted by magistrate judges with defendants' consent where no objections are filed."). The parties agree that defendant Tapia shall not be sentenced by a Magistrate Judge, but shall instead be sentenced by this Court. A Proposed Order is attached, in the event the Court decides to refer the matter to Judge Cousins.

DATED: March 26, 2014                    Respectfully submitted,

MELINDA HAAG
United States Attorney


_____/s/_____
HARTLEY M. K. WEST
Assistant United States Attorney


_____/s/_____
BRANDON LeBLANC
Assistant Federal Public Defender
Counsel for defendant Gregorio Tapia

/ / /

/ / /

/ / /

/ / /

/ / /

STIP. TO CALENDAR CHANGE OF PLEA OR TO REFER
CASE TO MAGISTRATE JUDGE; [PROPOSED] ORDER
CR 13-684 EMC                                    2

1 **[PRO̶P̶O̶S̶ED] ORDER**

2  Pursuant to the parties' stipulation and consent, and pursuant to its authority under 28 U.S.C. § 636(b)(3), the Court hereby refers the case of *United States v. Gregorio Tapia* (CR 13-684 EMC) to U.S. Magistrate Judge Nathanael Cousins for change of plea to occur on Monday, March 31, 2014, and hereby delegates to Judge Cousins the plea colloquy duties under Federal Rule of Criminal Procedure 11. The Court does not, however, delegate its sentencing authority; the case shall be sentenced by this Court.

```
The Change of plea is specially set for Friday 3/28/14 at 11:15 a.m. before
this Court.
```

IT IS SO ORDERED.

DATED: 3/28/14



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIP. TO CALENDAR CHANGE OF PLEA OR TO REFER
CASE TO MAGISTRATE JUDGE; [PROPOSED] ORDER
CR 13-684 EMC